# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Susan Kreuzman,
    Plaintiff,

  vs                            Civil Action No. 1:10cv50

Seda France                   Magistrate Judge Stephanie K. Bowman
    Defendant.

**ORDER**

    The Court having been advised by the parties that the within action has been settled;

    It is ORDERED that this action is hereby DISMISSED with prejudice and all calendar dates are VACATED, provided that any of the parties may, upon good cause shown within sixty (60) days, move to reopen the action if settlement is not consummated.

    The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    IT IS SO ORDERED.

                                                  /s/ *Stephanie K. Bowman*
                                                  United States Magistrate Judge