UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SUSAN S. KREUZMANN d/b/a CENTURY HOUSE, et al.,

    Plaintiffs,

v.

SEDA FRANCE,

    Defendant.

CASE NO. 1:10CV050

District Judge S. Arthur Spiegel

Magistrate Stephanie K. Bowman

## STIPULATION AND AGREED ORDER FOR DISMISSAL WITH PREJUDICE

Come now Plaintiffs and Defendant, and hereby jointly stipulate and agree all claims and causes of action between the parties are hereby dismissed with prejudice, those claims having been amicably resolved. The parties are to bear their own costs.

**SO ORDERED** this _16_ day of _July_, 2012.

*/s/ Stephanie K. Bowman*
Magistrate Stephanie K. Bowman

**AGREED:**

*/s/ Michael S. Munger*
Michael S. Munger, Esq.
NELSON LEVINE deLUCA & HORST
518 East Township Line Road, Suite 300
Blue Bell, Pennsylvania 19422
(866) 257-0114
(215) 358-5100
(215) 358-5101 - Fax
mmunger@nldhlaw.com

*ATTORNEY FOR PLAINTIFFS*

*/s/ James P. Nolan*
James P. Nolan, II (0055401)
SMITH, ROLFES & SKAVDAHL CO., L.P.A.
600 Vine Street, Suite 2600
Cincinnati, Ohio 45202
(513) 579-0080
(513) 579-0222 - Fax
jnolan@smithrolfes.com

*ATTORNEY FOR DEFENDANT*